# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13- 7764-FMO-CW | Date | December 15, 2014 |
|---|---|---|---|
| Title | Yardi Systems, Inc. v. Property Solutions International Inc. | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge |
|---|---|

| G. Roberson | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**  (IN CHAMBERS) Motion Hearing off-calendar

On the Court's own motion, the Motion to Compel production of documents hearing previously scheduled for Tuesday, December 16, 2014 at 10:00 a..m., before Judge Woehrle is hereby taken off calendar. The hearing date is vacated and the motion is taken under submission for decision without oral argument.

cc: Parties of Record

                                                                                                         :
                                                            Initials of Preparer            gr