UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7764-FMO-CW | Date | February 10, 2015 |
|---|---|---|---|
| Title | Yardi Systems, Inc. v. Property Solutions International Inc. | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| G. Roberson | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**     (In Chambers)  Telephonic Conference

A Telephonic Conference has been scheduled for **Friday**, **February 13, 2015 at 2:00 p.m**, before the Honorable Carla M. Woehrle, in Room 640, 6th Floor of the Roybal building.

The Telephonic Conference will include discussion regarding (Docket #82), Ex Parte Request to allow Expert to View Confidential Material, and the Parties should also be prepared to discuss (Docket #63), Motion to Compel Production of Documents.

The call-in information is listed below:

Call-in Number:     **(213) 894-0800**
Meeting ID:         **7002#**
User Password:      **7326#**

cc: Parties of Record

                                                                                     :
                                                       Initials of Preparer     gr