UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-00764 FMO (CWx) | Date | February 17, 2015 |
|---|---|---|---|
| Title | Yardi Systems, Inc. v. Property Solutions International, Inc. | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| Gay Roberson | n/a | C.S. 2/17/15 |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| John V. McDermott<br>Van Aaron Hughes | Eric Acker<br>Christian G. Andreu-Von Euw<br>Jared Hunsaker |

**Proceedings:**   Telephonic Hearing re: Ex Parte Request to Allow Expert to View Confidential Material [Dkt. No. 82]

   Defendant and Counterclaimant Property Solutions International, Inc.'s ex parte application is granted in part.  As discussed on the record, and having considered the briefing and argument of counsel, the Court finds that Property Solutions' designated expert Dean R. Schmidt is to be permitted to review Plaintiff's Third Amended Disclosure of Trade Secrets.  The application is denied insofar as it seeks an order allowing Mr. Schmidt's access to other confidential information governed by the protective order in this action.

cc:  Counsel of Record

|  | : | 52 mins |
|---|---|---|
| | Initials of Preparer | gr |