1  Brownstein Hyatt Farber Schreck, LLP
   Margo J. Arnold (State Bar No. 278288)
2  marnold@bhfs.com
   2049 Century Park East, Suite 3550
3  Los Angeles, CA 90067
   Telephone: 310.564.8679
4  Facsimile: 310.500.4602

5  Brownstein Hyatt Farber Schreck, LLP
   John V. McDermott (*Pro Hac Vice*)
6  (Colorado State Bar No. 11854)
   jmcdermott@bhfs.com
7  Lawrence W. Treece (*Pro Hac Vice*)
   Van Aaron Hughes (*Pro Hac Vice*)
8  Michael D. Hoke (*Pro Hac Vice*)
   410 Seventeenth Street, Suite 2200
9  Denver, CO 80202-4433
   Telephone: 303.223.1100
10 Facsimile: 303.223.1111

11 Attorneys for Plaintiff Yardi Systems, Inc.

12

13            UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA

14

15 YARDI SYSTEMS, INC.                    Case No. 2:13-CV-07764-FMO-CW

16                        Plaintiff,      **DECLARATION OF ANANT
                                          YARDI IN SUPPORT OF
17      vs.                               PLAINTIFF YARDI SYSTEMS
                                          INC.'S *EX PARTE* APPLICATION
18 PROPERTY SOLUTIONS                     FOR CONTINUANCE OF THE
   INTERNATIONAL, INC.                    JUNE 11, 2015 HEARING ON
19                                        PROPERTY SOLUTIONS
                         Defendant.       INTERNATIONAL INC.'S
20                                        MOTION FOR SUMMARY
                                          JUDGMENT, OR IN THE
21                                        ALTERNATIVE, FOR DENIAL OF
                                          THE MOTION**
22
   PROPERTY SOLUTIONS
23 INTERNATIONAL, INC.,

24            Counter-Claimant,

25      vs.

26 YARDI SYSTEMS, INC.

27            Counter-Defendant

28

DECLARATION OF ANANT YARDI            1         CASE NO. 2:13-CV-07764-FMO-CW

1

2 ## DECLARATION OF ANANT YARDI

3          I, Anant Yardi, declare as follows:

4          1.       I am the President and Founder of Yardi Systems, Inc., the plaintiff in

5 this action ("Plaintiff" or "Yardi").  Except as to the facts indicated as being based

6 upon my information and belief, I have personal knowledge of the contents of this

7 declaration and if called as a witness, I could and would completely testify the

8 declared facts.

9          2.       I submit this declaration in support of Plaintiff's *Ex Parte* Application

10 For Continuance Of The June 11, 2015 Hearing On Property Solutions International

11 Inc.'s Motion for Summary Judgment, Or In The Alternative, For Denial Of The

12 Motion (the "*Ex Parte* Application").

13          3.       On May 12, 2015, after Yardi filed its primary and secondary briefs in

14 opposition to Property Solutions' Motion for Summary Judgment (the "Motion"), I

15 spoke with a representative from Western National Group, Inc. ("WNG").  WNG is

16 a property management company located in the State of California, a customer of

17 Yardi.  WNG provided me with copies of three e-mails sent between David

18 Bateman, the CEO of Property Solutions, and WNG's Vice President of

19 Information Technology (the "WNG Emails").  I forwarded the WNG Emails to

20 Yardi's attorneys.

21          4.       Because the content of the additional 2006 WNG Emails put into

22 context the single 2006 email that Property Solutions has relied on to argue that

23 Yardi knew Property Solutions had a copy of the Voyager software—and, in fact,

24 rebuts those arguments—I directed Yardi's attorneys to evaluate our options and to

25 take the appropriate steps to address this important development.

26          5.       It is my understanding that during the meet and confer with Michael

27 Hoke, Property Solutions raised the argument that the mere possession of a license

28 file leads to the conclusion that Property Solutions had access to the Voyager

DECLARATION OF ANANT YARDI                    2                    CASE NO. 2:13-CV-07764-FMO-CW

1  software.  But that is not at all correct.  Basically, a license file consists of bits of

2  data that define the configuration parameters and access authorization to a client's

3  copy of the Voyager *database*.  For example, a license file is necessary for third-

4  party applications to connect to a client's database through Yardi's standard

5  interface.  It would be pure speculation to conclude that Property Solutions'

6  possession of WNG's license file meant Property Solutions had a copy of Yardi's

7  Voyager *software*, and the newly discovered WNG Emails indeed suggest that

8  Property Solutions needed WNG's license file to verify its connection with WNG's

9  Voyager *database*.

10

11       I declare under penalty of perjury that the above facts are true and correct to

12  the best of my knowledge.

13       Executed this 3rd day of June, 2015, at Santa Barbara, CA.

14

15  _____

16  Anant Yardi

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ANANT YARDI                3                CASE NO. 2:13-CV-07764-FMO-CW