UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7764 FMO (CWx) | Date | June 5, 2015 |
|---|---|---|---|
| Title | Yardi Systems, Inc. v. Property Solutions International, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | | Attorney Present for Defendant(s): |
| None Present | | None Present |

**Proceedings:**     (In Chambers) Order Re: <u>Ex Parte</u> Application

Having reviewed and considered all the briefing filed with respect to Yardi Systems Inc.'s ("Yardi") <u>Ex Parte</u> Application for Continuance of the June 11, 2015 Hearing on Property Solutions International, Inc.'s ("PSI") Motion for Summary Judgment, or in the Alternative, for Denial of the Motion ("Application"), IT IS ORDERED THAT:

1. Yardi's Ex Parte Application **(Document No. 126)** is **granted in part** and **denied in part**.

2. PSI's Motion for Summary Judgment **(Document No. 106)** is **denied without prejudice**, and the hearing on PSI's Motion for Summary Judgment, currently set for June 11, 2015, is hereby **vacated**.

3. If PSI wishes to refile its motion, it shall do so by no later than **July 16, 2015**. In this instance, the court waives the requirement that the parties file a joint brief. As such, any Opposition is due by no later than **August 6, 2015**. Any Reply is due by no later than **August 27, 2015**. Any hearing should be set for **September 10, 2015**. The parties are further required to meet and confer, in substantive compliance with Local Rule 7-3, at least five (5) days prior to the filing of such a motion.

4. Each party is permitted an additional eight (8) hours of deposition and one additional set of requests for production of documents, requests for admission, and interrogatories. The discovery shall be limited to the statements, actions, or omissions by PSI prior to October 21, 2010. Any written discovery must be served by no later than **June 15, 2015**. Written responses and a full and complete production is due by no later than **June 29, 2015**. The depositions shall begin **July 6, 2015**, at **10:00 a.m.** (and continue day to day until completed) at an agreed-upon location within the Central District of California.

|  | Initials of Preparer | vdr |
|---|---|---|