JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/17/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Yardi Systems, Inc.,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>vs.<br><br>Property Solutions International Inc.,[†]<br><br>*Defendant and Counterclaimant.* | Case No. 2:13-CV-07764-FMO-AGRx<br><br>[PROPOSED] **ORDER DISMISSING ACTION WITH PREJUDICE** |

---

[†] Entrata, Inc. is the current name of the Defendant. Property Solutions International Inc. was the former business name. *See* <https://secure.utah.gov/bes/details.html?entity=5362362-0143>.

The Court, having considered the Parties' Joint Stipulation to Dismiss Action with Prejudice, and good cause appearing, HEREBY ORDERS:

1. The above-captioned action, and all causes of action asserted therein, is dismissed with prejudice;

2. Each party is to bear its own costs and attorney fees.

SO ORDERED.

Dated: September 17, 2019

By: /s/
FERNANDO M. OLGUIN
United States District Judge